**LAW OFFICES**

**CLAYMAN & ROSENBERG**

305 MADISON AVENUE

NEW YORK, NEW YORK 10165

(212) 922-1080

FAX: (212) 949-8255

CHARLES E. CLAYMAN
SETH L. ROSENBERG
BRIAN D. LINDER
AMY E. MILLARD
PAUL S. HUGEL
ISABELLE A. KIRSHNER
THOMAS C. ROTKO

September 17, 2007

RECEIVED CHAMBERS OF

SEP 17 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/17/07

By Facsmile: 212-805-7920

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

Re: United States v. Kelly, 07 Cr. 825 (SAS)

Dear Judge Scheindlin:

    On behalf of defendant Clyde Kelly, we respectfully submit this letter to request a brief adjournment of the initial status conference in this case, now set for tomorrow, September 18 at 2:30 pm.

    My firm was just retained on this matter, and I am scheduled to speak at a program for health care providers tomorrow, September 18, from 2 – 4 pm. I have spoken to Antonia Apps, the Assistant United States Attorney responsible for this case, and she has no objection to a brief adjournment. Accordingly, I respectfully request that the conference be adjourned to Wednesday, September 19, 2007 at 11:45. We consent to the exclusion of the additional time for speedy trial purposes.

*[Handwritten note: Request granted. Conference adjourned to September 19, 2007 at 11:45 am.]*

Respectfully submitted,

Amy E. Millard

Cc: Antonia Apps, AUSA (by email)
    David Frankel, Esq. (by email)

*[Handwritten: So Ordered [signature] 9/17/07]*