USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/07

**KRAMER LEVIN NAFTALIS & FRANKEL LLP**

DAVID S. FRANKEL
PARTNER
PHONE 212.715.9247
FAX 212.715.9238
DFRANKEL@KRAMERLEVIN.COM

September 18, 2007

RECEIVED
CHAMBERS OF
SEP 1 8 2007
JUDGE SCHEINDLIN

BY FACSIMILE

Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, NY 10007

    Re:    United States v. Kelly, 07 Crim. 825 (SAS)

Dear Judge Scheindlin:

    I am writing at the suggestion of Your Honor's Deputy Law Clerk, Jim Reily, regarding tomorrow's conference in the above-captioned case.

    As I advised the Court in my September 10, 2007 letter, we were asked to represent Mr. Kelly in connection with bail and arraignment on Friday, September 7, 2007. Mr. Kelly was then still in the process of deciding who to retain as counsel going forward. He has since retained Amy Millard of Clayman & Rosenberg.

    Accordingly, we ask, pursuant to S.D.N.Y. Local Crim. R. 44.1(a), that the Court enter an order relieving Kramer Levin as counsel in this case. Our request is that the Court do so by letter endorsement, rather than requiring an appearance at the conference scheduled for tomorrow at 11:45 a.m. We are of course prepared to appear at the conference should the Court so direct.

                Respectfully submitted,

                David S. Frankel

cc:    Assistant U.S. Attorney Antonia M. Apps (by fax & e-mail)
        Amy E. Millard, Esq. (by fax & email)

*Counsel is hereby relieved.*
*So Ordered.* [signature]
USDJ
9/18/07

1177 AVENUE OF THE AMERICAS  NEW YORK NY 10036-2714  PHONE 212.715.9100  FAX 212.715.8000  WWW.KRAMERLEVIN.COM
KL3 2613672.3    ALSO AT 47 AVENUE HOCHE  75008 PARIS FRANCE