LAW OFFICES
## CLAYMAN & ROSENBERG
305 MADISON AVENUE

NEW YORK, NEW YORK 10165

(212) 922-1080

FAX: (212) 949-8255

CHARLES E. CLAYMAN
SETH L. ROSENBERG
BRIAN D. LINDER
AMY E. MILLARD
PAUL S. HUGEL
ISABELLE A. KIRSHNER
THOMAS C. ROTKO

February 26, 2008

By Facsimile: 212-805-7920
Honorable Shira A. Scheindlin
United States District Judge
Southern District of New York
500 Pearl Street, Room 1620
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08

Re: United States v. Kelly, 07 Cr. 825 (SAS)

Dear Judge Scheindlin:

My firm represents Clyde Kelly in the above referenced matter, and I write to request an adjournment of the pre-trial conference to April 24, 2008 at 4:30 pm. I have spoken to Ms. Antonia Apps, the Assistant United States Attorney responsible for this matter, and she joins me in this request.

My firm has made a presentation to the government and the government has requested additional information. We need additional time to respond to the request. We expect that once this additional information has been provided, we will have productive discussions with the government. As this adjournment will benefit Mr. Kelly, we respectfully request that the additional time be excluded for speedy trial purposes.

Respectfully submitted,

Amy E. Millard

cc: Antonia Apps, AUSA (by email)

DATED: Feb 27, 2008

SO ORDERED