PS 8
(Rev. 12/04)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

# UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. Kelly                              Docket No. 07-CR-825

**Petition for Action on Conditions of Pretrial Release**

COMES NOW __Tracy Amaladas__ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant __Clyde Kelly__ who was placed under pretrial release supervision by the Honorable __Gabriel W. Gorenstein__ sitting in the court at __500 Pearl Street__, __NY__ date __September 7__, __2007__ under the following conditions:

$500,000 Personal recognizance bond, co-signed by his wife; surrender travel documents, no new applications; travel restricted to the SD/NY, ED/NY, CT, NJ; and routine supervision. The defendant's next court date is scheduled for April 24, 2008 before Your Honor for a pretrial conference.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Following his initial release on September 7, 2007, the defendant has been compliant with all of his release conditions and has reported as instructed without incident. On March 10, 2008, the undersigned officer spoke with AUSA Antonia Apps, who indicated that she does not object to a reduction in the defendant's supervision from routine supervision to telephone contacts only.

PRAYING THAT THE COURT WILL ORDER routine supervision be modified to telephone call reporting only.

ORDER OF COURT

Considered and ordered 12th day of March, 2008 and ordered filed and made a part of the records in the above case.

U.S. District Judge
Shira A. Scheindlin

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 10, 2008

U.S. Pretrial Services Officer

Place    Southern District of New York