```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/6/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA            :

       - v. -                       :     ORDER

CLYDE KELLY,                        :     07 Cr. 825 (SAS)

       Defendant.                   :

- - - - - - - - - - - - - - - - - x

      WHEREAS, with the defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on July 7, 2008;

      WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
        August 6, 2008

                                  _____
                                  THE HONORABLE SHIRA A. SCHEINDLIN
                                  UNITED STATES DISTRICT JUDGE